UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $40,000.000 IN U.S. CURRENCY,<br><br>            Defendant. | No. 2:13-MC-00106-KJM-AC<br><br><br><br>ORDER |

On October 4, 2013, the parties stipulated to an extension of time for the filing of a complaint for forfeiture or to obtain an indictment alleging forfeiture by the United States of America. ECF No. 1. The court granted this request by minute order on October 8, 2013, extending the deadline to December 6, 2013. ECF No. 2. The parties stipulated again to an extension of time on December 3, 2013, January 30, 2014, March 5, 2014, April 3, 2014, May 8, 2014 and June 6, 2014. ECF Nos. 3, 5, 7, 9, 11, 13. In each instance the court granted the request and extended the deadline. ECF Nos. 4, 6, 8, 10, 12, 14. Most recently, on June 12, 2014, the court extended the deadline to August 8, 2014. ECF No. 14. The minute order extending that deadline is the most recent docket entry.

1    The United States of America is hereby ordered to show cause why this case
2 should not be dismissed for failure to prosecute.
3    IT IS SO ORDERED.
4 DATED: October 30, 2014.

_____
UNITED STATES DISTRICT JUDGE